**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: COZZO, VINCENT § Case No. 16-21474
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/01/2016. The undersigned trustee was appointed on 07/01/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of             $         23,366.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 5.00 |
| Bank service fees | 397.26 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $      22,963.74 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 01/23/2017 and the deadline for filing governmental claims was 01/23/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,086.60. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $3,086.60, for a total compensation of $3,086.60[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/28/2018                    By: /s/ David R. Brown

                                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

    [2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:** 16-21474  
**Case Name:** COZZO, VINCENT  
**For Period Ending:** 11/28/2018

**Trustee Name:** (330580) David R. Brown  
**Date Filed (f) or Converted (c):** 07/01/2016 (f)  
**§ 341(a) Meeting Date:** 07/26/2016  
**Claims Bar Date:** 01/23/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1291 W Lake St #204, Addison, Illinois 60101,<br>Du Page County<br>Condominium or cooperative<br>Order to Abandon entered 2/16/18 | 169,833.33 | 0.00 | OA | 0.00 | FA |
| 2 | 2015 Jeep Grand Cherokee, 120000 miles | 38,133.00 | 0.00 | | 0.00 | FA |
| 3 | Used Furniture | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | Used Electronics | 1,300.00 | 0.00 | | 0.00 | FA |
| 5 | used clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Checking account: chase<br>Amended schedules changed value from $2,500 to $2,830.65 | 2,830.65 | 0.00 | | 0.00 | FA |
| 7 | Checking account: Oxford Bank | 86.17 | 0.00 | | 0.00 | FA |
| 8 | Rosenthal Collins Trading Account (u) | 5,837.07 | 0.00 | | 0.00 | FA |
| 9 | Trading Account (u) | 23,366.00 | 23,366.00 | | 23,366.00 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$243,086.22** | **$23,366.00** | | **$23,366.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is collecting turnover of Debtor's trading account of $23,366.00. Per court order entered 11/4/16, payment is being made at the rate of $1,000 per month. Eleven payments have been made timely so far.

**Initial Projected Date Of Final Report (TFR):** 06/30/2017    **Current Projected Date Of Final Report (TFR):** 11/02/2018 (Actual)

Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 16-21474 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | COZZO, VINCENT | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9160 | Account #: | ******1566 Checking Account |
| For Period Ending: | 11/28/2018 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/16/16 | {9} | Vincent Cozzo | first installment of 24 | 1229-000 | 1,000.00 | | 1,000.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 990.00 |
| 12/20/16 | {9} | Vincent Cozzo | Payment #2 | 1229-000 | 1,000.00 | | 1,990.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,980.00 |
| 01/25/17 | {9} | Vincent Cozzo | Third installment | 1229-000 | 1,000.00 | | 2,980.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,970.00 |
| 02/20/17 | {9} | Vincent Cozzo | installment 4 | 1229-000 | 1,000.00 | | 3,970.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,960.00 |
| 03/20/17 | {9} | Vincent Cozzo | 5th monthly payment | 1229-000 | 1,000.00 | | 4,960.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,950.00 |
| 04/20/17 | {9} | Vincent Cozzo | 6th installment | 1229-000 | 1,000.00 | | 5,950.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,940.00 |
| 05/19/17 | {9} | Vincent Cozzo | 7th installment payment | 1229-000 | 1,000.00 | | 6,940.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,930.00 |
| 06/21/17 | {9} | Vincent Cozzo | Installment #8 | 1229-000 | 1,000.00 | | 7,930.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.35 | 7,919.65 |
| 07/20/17 | {9} | Vincent Cozzo | 9th installment | 1229-000 | 1,000.00 | | 8,919.65 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.39 | 8,908.26 |
| 08/21/17 | {9} | Vincent Cozzo | Payment #10 | 1229-000 | 1,000.00 | | 9,908.26 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.52 | 9,893.74 |
| 09/18/17 | {9} | Vincent Cozzo | installment 11 of turnover of investment account | 1229-000 | 1,000.00 | | 10,893.74 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.23 | 10,879.51 |
| 10/17/17 | {9} | Vincent Cozzo | Payment 12 of 24 | 1229-000 | 1,000.00 | | 11,879.51 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.31 | 11,862.20 |
| 11/20/17 | {9} | Vincent Cozzo | 13th installment payment | 1229-000 | 1,000.00 | | 12,862.20 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.49 | 12,844.71 |

Page Subtotals: **$13,000.00** **$155.29**

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                                                  ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-21474 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | COZZO, VINCENT | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9160 | Account #: | ******1566 Checking Account |
| For Period Ending: | 11/28/2018 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/19/17 | {9} | Vincent Cozzo | 14th installment | 1229-000 | 1,000.00 | | 13,844.71 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.28 | 13,826.43 |
| 01/19/18 | {9} | Vincent Cozzo | Installment 15 | 1229-000 | 1,000.00 | | 14,826.43 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.30 | 14,804.13 |
| 02/13/18 | 101 | International Sureties, Ltd. | BOND # 016073584 | 2300-000 | | 5.00 | 14,799.13 |
| 02/21/18 | {9} | Vincent Cozzo | Installment 16 | 1229-000 | 1,000.00 | | 15,799.13 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.15 | 15,778.98 |
| 03/20/18 | {9} | Vincent Cozzo | installment 17 | 1229-000 | 1,000.00 | | 16,778.98 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.12 | 16,755.86 |
| 04/20/18 | {9} | Vincent Cozzo | Installment 18 of turnover of trading accounts | 1229-000 | 1,000.00 | | 17,755.86 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.53 | 17,732.33 |
| 05/15/18 | {9} | VINCENT COZZO | trade account turnover installment 19 | 1229-000 | 1,000.00 | | 18,732.33 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.77 | 18,703.56 |
| 06/12/18 | {9} | Vincent Cozzo | 20th installment | 1229-000 | 1,000.00 | | 19,703.56 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.77 | 19,676.79 |
| 07/19/18 | {9} | Vincent Cozzo | installment 21 of 24 | 1229-000 | 1,000.00 | | 20,676.79 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.71 | 20,646.08 |
| 08/13/18 | {9} | Vincent Cozzo | 22nd installment of 24 | 1229-000 | 1,000.00 | | 21,646.08 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.49 | 21,614.59 |
| 09/17/18 | {9} | VINCENT COZZO | installment 23 of 24 | 1229-000 | 1,000.00 | | 22,614.59 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.85 | 22,597.74 |
| 10/15/18 | {9} | Vincent Cozzo | Final installment | 1229-000 | 366.00 | | 22,963.74 |
| | | | **Page Subtotals:** | | **$10,366.00** | **$246.97** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 16-21474 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | COZZO, VINCENT | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9160 | Account #: | ******1566 Checking Account |
| For Period Ending: | 11/28/2018 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 23,366.00 | 402.26 | $22,963.74 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 23,366.00 | 402.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$23,366.00** | **$402.26** | |

**Form 2**

Exhibit B

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 16-21474 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | COZZO, VINCENT | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9160 | Account #: | ******1567 Checking Account |
| For Period Ending: | 11/28/2018 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

**(No transactions on file for this period)**

| | | |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | **0.00** | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 5

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-21474 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | COZZO, VINCENT | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9160 | **Account #:** | ******1567 Checking Account |
| **For Period Ending:** | 11/28/2018 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1566 Checking Account | $23,366.00 | $402.26 | $22,963.74 |
| ******1567 Checking Account | $0.00 | $0.00 | $0.00 |
| | $23,366.00 | $402.26 | $22,963.74 |

# Exhibit C
## Analysis of Claims Register

**Case:** 16-21474                    **VINCENT COZZO**

Claims Bar Date: 01/23/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATTYFEES | SPRINGER BROWN, LLC<br>300 South County Farm Road Suite I<br>Wheaton, IL 60187<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>10/31/18 | | $2,021.00<br>$2,021.00 | $0.00 | $2,021.00 |
| TRCOMP | David R. Brown<br>53 W. Jackson #1334<br>Chicago, IL 60604<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>10/05/18 | | $3,086.60<br>$3,086.60 | $0.00 | $3,086.60 |
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Acct. #7983; Citi Simplicity Card | Unsecured<br>10/20/16 | | $14,675.90<br>$14,675.90 | $0.00 | $14,675.90 |
| 2 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Acct. # 1414 | Unsecured<br>10/26/16 | | $5,407.65<br>$5,407.65 | $0.00 | $5,407.65 |
| 3 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Acct. #7364 | Unsecured<br>11/02/16 | | $4,198.38<br>$4,198.38 | $0.00 | $4,198.38 |
| 4 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/02/16 | | $6,149.34<br>$6,149.34 | $0.00 | $6,149.34 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 2

## Exhibit C

## Analysis of Claims Register

**Case:** 16-21474      **VINCENT COZZO**

Claims Bar Date: 01/23/17

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| | Acct. #1455 | | | | | |
| 5 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/02/16 | | $16,217.00<br>$16,217.00 | $0.00 | $16,217.00 |
| | Acct. #8342 | | | | | |
| 6 | American Express Centurion Bank c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/29/16 | | $52,907.39<br>$52,907.39 | $0.00 | $52,907.39 |
| | Acct. # 6009 | | | | | |
| 7 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/29/16 | | $8,511.32<br>$8,511.32 | $0.00 | $8,511.32 |
| | Acct. #1648; Sears mastercard | | | | | |
| 8 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/14/16 | | $2,298.98<br>$2,298.98 | $0.00 | $2,298.98 |
| | Acct. #5181;  Best Buy | | | | | |
| | | | | **Case Total:** | **$0.00** | **$115,473.56** |

**UST Form 101-7-TFR (5/1/2011)**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-21474
Case Name: VINCENT COZZO
Trustee Name: David R. Brown

**Balance on hand:** $ 22,963.74

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 22,963.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 3,086.60 | 0.00 | 3,086.60 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 2,021.00 | 0.00 | 2,021.00 |

Total to be paid for chapter 7 administrative expenses: $ 5,107.60
Remaining balance: $ 17,856.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 17,856.14

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 17,856.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $110,365.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 14,675.90 | 0.00 | 2,374.42 |
| 2 | Discover Bank Discover Products Inc | 5,407.65 | 0.00 | 874.91 |
| 3 | First National Bank of Omaha | 4,198.38 | 0.00 | 679.26 |
| 4 | First National Bank of Omaha | 6,149.34 | 0.00 | 994.90 |
| 5 | First National Bank of Omaha | 16,217.00 | 0.00 | 2,623.75 |
| 6 | American Express Centurion Bank c/o Becket and Lee LLP | 52,907.39 | 0.00 | 8,559.90 |
| 7 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 8,511.32 | 0.00 | 1,377.05 |
| 8 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 2,298.98 | 0.00 | 371.95 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 17,856.14 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**