UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **VINCENT COZZO,** | ) | Bankruptcy No. 16-21474 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 28, 2018, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Angelica Harb
The Semrad Law Firm
20 S. Clark St., 28th floor
Chicago, IL 60603

Kristin Wasieleski
Blitt and Gaines, PC
661 Glenn Ave.
Wheeling, IL  60090

**VIA REGULAR MAIL**

Cozzo, Vincent
730 S. Clark, Unit 2502
Chicago, IL  60605

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701


/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000