**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: COZZO, VINCENT § Case No. 16-21474
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $219,720.22 | Assets Exempt: | $8,186.17 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $17,856.14 | Claims Discharged Without Payment: | $241,058.82 |
| Total Expenses of Administration: | $5,509.86 | | |

3) Total gross receipts of $23,366.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $23,366.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $245,582.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $5,509.86 | $5,509.86 | $5,509.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $148,549.00 | $110,365.96 | $110,365.96 | $17,856.14 |
| **TOTAL DISBURSEMENTS** | $394,131.00 | $115,875.82 | $115,875.82 | $23,366.00 |

4) This case was originally filed under chapter 7 on 07/01/2016. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   04/02/2019         By: /s/ David R. Brown
                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trading Account | 1229-000 | $23,366.00 |
| **TOTAL GROSS RECEIPTS** | | **$23,366.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | ALLY FINANCIAL | 4110-000 | $78,395.00 | NA | NA | NA |
| N/F | US BANK HOME MORTGAGE | 4110-000 | $167,187.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$245,582.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David R. Brown | 2100-000 | NA | $3,086.60 | $3,086.60 | $3,086.60 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 3110-000 | NA | $2,021.00 | $2,021.00 | $2,021.00 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $5.00 | $5.00 | $5.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $397.26 | $397.26 | $397.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$5,509.86** | **$5,509.86** | **$5,509.86** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | NA | $14,675.90 | $14,675.90 | $2,374.42 |
| 2 | Discover Bank Discover Products Inc | 7100-000 | NA | $5,407.65 | $5,407.65 | $874.91 |
| 3 | First National Bank of Omaha | 7100-000 | NA | $4,198.38 | $4,198.38 | $679.26 |
| 4 | First National Bank of Omaha | 7100-000 | NA | $6,149.34 | $6,149.34 | $994.90 |
| 5 | First National Bank of Omaha | 7100-000 | NA | $16,217.00 | $16,217.00 | $2,623.75 |
| 6 | American Express Centurion Bank c/o Becket and Lee LLP | 7100-000 | NA | $52,907.39 | $52,907.39 | $8,559.90 |
| 7 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | NA | $8,511.32 | $8,511.32 | $1,377.05 |
| 8 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | NA | $2,298.98 | $2,298.98 | $371.95 |
| N/F | AMEX | 7100-000 | $52,907.00 | NA | NA | NA |
| N/F | CBNA | 7100-000 | $2,216.00 | NA | NA | NA |
| N/F | CHASE | 7100-000 | $3,789.00 | NA | NA | NA |
| N/F | CHASE CARD | 7100-000 | $4,385.00 | NA | NA | NA |
| N/F | CITI | 7100-000 | $14,675.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | CITI | 7100-000 | $4,324.00 | NA | NA | NA |
| N/F | DISCOVERBANK | 7100-000 | $5,407.00 | NA | NA | NA |
| N/F | DITECH FINANCIAL LLC | 7100-000 | $28,027.00 | NA | NA | NA |
| N/F | FNB OMAHA | 7100-000 | $16,217.00 | NA | NA | NA |
| N/F | FNB OMAHA | 7100-000 | $6,149.00 | NA | NA | NA |
| N/F | NORDSTM/TD | 7100-000 | $2,155.00 | NA | NA | NA |
| N/F | SEARS/CBNA | 7100-000 | $8,298.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$148,549.00** | **$110,365.96** | **$110,365.96** | **$17,856.14** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 16-21474 | Trustee Name: | (330580) David R. Brown |
| --- | --- | --- | --- |
| Case Name: | COZZO, VINCENT | Date Filed (f) or Converted (c): | 07/01/2016 (f) |
| | | § 341(a) Meeting Date: | 07/26/2016 |
| For Period Ending: | 04/02/2019 | Claims Bar Date: | 01/23/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 1291 W Lake St #204, Addison, Illinois 60101,<br>Du Page County<br>Condominium or cooperative<br>Order to Abandon entered 2/16/18 | 169,833.33 | 0.00 | OA | 0.00 | FA |
| 2 | 2015 Jeep Grand Cherokee, 120000 miles | 38,133.00 | 0.00 | | 0.00 | FA |
| 3 | Used Furniture | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | Used Electronics | 1,300.00 | 0.00 | | 0.00 | FA |
| 5 | used clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Checking account: chase<br>Amended schedules changed value from $2,500 to $2,830.65 | 2,830.65 | 0.00 | | 0.00 | FA |
| 7 | Checking account: Oxford Bank | 86.17 | 0.00 | | 0.00 | FA |
| 8 | Rosenthal Collins Trading Account (u) | 5,837.07 | 0.00 | | 0.00 | FA |
| 9 | Trading Account (u) | 23,366.00 | 23,366.00 | | 23,366.00 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$243,086.22** | **$23,366.00** | | **$23,366.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is collecting turnover of Debtor's trading account of $23,366.00. Per court order entered 11/4/16, payment is being made at the rate of $1,000 per month. Eleven payments have been made timely so far.

**Initial Projected Date Of Final Report (TFR):** 06/30/2017    **Current Projected Date Of Final Report (TFR):** 11/02/2018 (Actual)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 16-21474 | | Trustee Name: | David R. Brown (330580) |
| Case Name: | COZZO, VINCENT | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9160 | | Account #: | ******1566 Checking Account |
| For Period Ending: | 04/02/2019 | | Blanket Bond (per case limit): | $77,173,558.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/16/16 | {9} | Vincent Cozzo | first installment of 24 | 1229-000 | 1,000.00 | | 1,000.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 990.00 |
| 12/20/16 | {9} | Vincent Cozzo | Payment #2 | 1229-000 | 1,000.00 | | 1,990.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,980.00 |
| 01/25/17 | {9} | Vincent Cozzo | Third installment | 1229-000 | 1,000.00 | | 2,980.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,970.00 |
| 02/20/17 | {9} | Vincent Cozzo | installment 4 | 1229-000 | 1,000.00 | | 3,970.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,960.00 |
| 03/20/17 | {9} | Vincent Cozzo | 5th monthly payment | 1229-000 | 1,000.00 | | 4,960.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,950.00 |
| 04/20/17 | {9} | Vincent Cozzo | 6th installment | 1229-000 | 1,000.00 | | 5,950.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,940.00 |
| 05/19/17 | {9} | Vincent Cozzo | 7th installment payment | 1229-000 | 1,000.00 | | 6,940.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,930.00 |
| 06/21/17 | {9} | Vincent Cozzo | Installment #8 | 1229-000 | 1,000.00 | | 7,930.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.35 | 7,919.65 |
| 07/20/17 | {9} | Vincent Cozzo | 9th installment | 1229-000 | 1,000.00 | | 8,919.65 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.39 | 8,908.26 |
| 08/21/17 | {9} | Vincent Cozzo | Payment #10 | 1229-000 | 1,000.00 | | 9,908.26 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.52 | 9,893.74 |
| 09/18/17 | {9} | Vincent Cozzo | installment 11 of turnover of investment account | 1229-000 | 1,000.00 | | 10,893.74 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.23 | 10,879.51 |
| 10/17/17 | {9} | Vincent Cozzo | Payment 12 of 24 | 1229-000 | 1,000.00 | | 11,879.51 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.31 | 11,862.20 |
| 11/20/17 | {9} | Vincent Cozzo | 13th installment payment | 1229-000 | 1,000.00 | | 12,862.20 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.49 | 12,844.71 |

Page Subtotals:   **$13,000.00**   **$155.29**

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-21474 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | COZZO, VINCENT | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9160 | Account #: | ******1566 Checking Account |
| For Period Ending: | 04/02/2019 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/19/17 | {9} | Vincent Cozzo | 14th installment | 1229-000 | 1,000.00 | | 13,844.71 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.28 | 13,826.43 |
| 01/19/18 | {9} | Vincent Cozzo | Installment 15 | 1229-000 | 1,000.00 | | 14,826.43 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.30 | 14,804.13 |
| 02/13/18 | 101 | International Sureties, Ltd. | BOND # 016073584 | 2300-000 | | 5.00 | 14,799.13 |
| 02/21/18 | {9} | Vincent Cozzo | Installment 16 | 1229-000 | 1,000.00 | | 15,799.13 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.15 | 15,778.98 |
| 03/20/18 | {9} | Vincent Cozzo | installment 17 | 1229-000 | 1,000.00 | | 16,778.98 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.12 | 16,755.86 |
| 04/20/18 | {9} | Vincent Cozzo | Installment 18 of turnover of trading accounts | 1229-000 | 1,000.00 | | 17,755.86 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.53 | 17,732.33 |
| 05/15/18 | {9} | VINCENT COZZO | trade account turnover installment 19 | 1229-000 | 1,000.00 | | 18,732.33 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.77 | 18,703.56 |
| 06/12/18 | {9} | Vincent Cozzo | 20th installment | 1229-000 | 1,000.00 | | 19,703.56 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.77 | 19,676.79 |
| 07/19/18 | {9} | Vincent Cozzo | installment 21 of 24 | 1229-000 | 1,000.00 | | 20,676.79 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.71 | 20,646.08 |
| 08/13/18 | {9} | Vincent Cozzo | 22nd installment of 24 | 1229-000 | 1,000.00 | | 21,646.08 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.49 | 21,614.59 |
| 09/17/18 | {9} | VINCENT COZZO | installment 23 of 24 | 1229-000 | 1,000.00 | | 22,614.59 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.85 | 22,597.74 |
| 10/15/18 | {9} | Vincent Cozzo | Final installment | 1229-000 | 366.00 | | 22,963.74 |
| 01/07/19 | 102 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $2,021.00; Claim # ATTYFEES; Filed: $2,021.00 | 3110-000 | | 2,021.00 | 20,942.74 |
| 01/07/19 | 103 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $3,086.60; Claim # TRCOMP; Filed: $3,086.60 | 2100-000 | | 3,086.60 | 17,856.14 |

Page Subtotals: $10,366.00   $5,354.57

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case 16-21474   Doc 44   Filed 05/09/19   Entered 05/09/19 14:38:56   Desc Main
Document       Page 10 of 12

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 16-21474 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | COZZO, VINCENT | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9160 | Account #: | ******1566 Checking Account |
| For Period Ending: | 04/02/2019 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/07/19 | 104 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 16.18% of $14,675.90; Claim # 1; Filed: $14,675.90 | 7100-000 | | 2,374.42 | 15,481.72 |
| 01/07/19 | 105 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 16.18% of $5,407.65; Claim # 2; Filed: $5,407.65 | 7100-000 | | 874.91 | 14,606.81 |
| 01/07/19 | 106 | First National Bank of Omaha | Distribution payment - Dividend paid at 16.18% of $4,198.38; Claim # 3; Filed: $4,198.38 | 7100-000 | | 679.26 | 13,927.55 |
| 01/07/19 | 107 | First National Bank of Omaha | Distribution payment - Dividend paid at 16.18% of $6,149.34; Claim # 4; Filed: $6,149.34 | 7100-000 | | 994.90 | 12,932.65 |
| 01/07/19 | 108 | First National Bank of Omaha | Distribution payment - Dividend paid at 16.18% of $16,217.00; Claim # 5; Filed: $16,217.00 | 7100-000 | | 2,623.75 | 10,308.90 |
| 01/07/19 | 109 | American Express Centurion Bank c/o Becket and Lee LLP | Distribution payment - Dividend paid at 16.18% of $52,907.39; Claim # 6; Filed: $52,907.39 | 7100-000 | | 8,559.90 | 1,749.00 |
| 01/07/19 | 110 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 16.18% of $8,511.32; Claim # 7; Filed: $8,511.32 | 7100-000 | | 1,377.05 | 371.95 |
| 01/07/19 | 111 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 16.18% of $2,298.98; Claim # 8; Filed: $2,298.98 | 7100-000 | | 371.95 | 0.00 |
| | | **COLUMN TOTALS** | | | 23,366.00 | 23,366.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 23,366.00 | 23,366.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$23,366.00** | **$23,366.00** | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)          *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 16-21474 | | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|---|
| Case Name: | COZZO, VINCENT | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9160 | | Account #: | ******1567 Checking Account |
| For Period Ending: | 04/02/2019 | | Blanket Bond (per case limit): | $77,173,558.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

**(No transactions on file for this period)**

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | **0.00** | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 5

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-21474 | **Trustee Name:** | David R. Brown (330580) | |
| **Case Name:** | COZZO, VINCENT | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***9160 | **Account #:** | ******1567 Checking Account | |
| **For Period Ending:** | 04/02/2019 | **Blanket Bond (per case limit):** | $77,173,558.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1566 Checking Account | $23,366.00 | $23,366.00 | $0.00 |
| ******1567 Checking Account | $0.00 | $0.00 | $0.00 |
| | **$23,366.00** | **$23,366.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)